1  JOHN M. KIM (Bar No. 188997)
   jkim@ipla.com
2  JOSHUA J. RICHMAN (Bar No. 243147)
   jrichman@ipla.com
3  **IP LEGAL ADVISORS, P.C.**
   1940 Garnet Avenue, Suite 230
4  San Diego, CA 92109
   Tel: 858-272-0220
5  Fax: 858-272-0221

6  Attorneys for
   CALIFORNIA BOARD SPORTS, INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

| CALIFORNIA BOARD SPORTS, INC, a California corporation, | CASE NO.: 3:10-cv-01849-WQH-WVG |
|---|---|
| Plaintiff, | **ENTRY OF APPEARANCE OF JOSHUA J. RICHMAN** |
| v. | |
| G-BAGS, LLC, a Pennsylvania limited liability company, | |
| Defendant. | |

19                           **ENTRY OF APPEARANCE**

20       Joshua J. Richman, Esq. hereby enters his appearance as counsel for Plaintiff California

21  Board Sports, Inc. and requests to be added to the CM/ECF distribution list for the above

22  captioned case.

23  Dated:  September 17, 2010

                                        Respectfully Submitted,
24                                      IP LEGAL ADVISORS, P.C.
                                        By:
25
                                        */s/ Joshua J. Richman*
26                                      John M. Kim
                                        Joshua J. Richman
27                                      Attorneys for Plaintiff
                                        California Board Sports, Inc.
28

                              -1-                    Case No.: 3:10-cv-01849-WQH-WVG
                       **ENTRY OF APPEARANCE**